An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL BENARD WADSWORTH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66583

**FILED**

DEC 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to dismiss. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Our initial review of this appeal revealed a jurisdictional defect. In particular, no statute or court rule provides for an appeal from an order denying a motion to dismiss. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). In response to an order to show cause why this appeal should not be dismissed,[1] appellant suggests that the order is appealable because his motion to dismiss was the functional equivalent of a motion for a new trial and an order denying a motion for a new trial is appealable under NRS 177.015(1)(b). Appellant's motion was not the functional equivalent of a motion for a new trial as appellant sought dismissal of the

_____

[1]The motion for leave to file an untimely response to the order to show cause is granted. We have considered the response that was included with the motion.

14-40196

charges (he was convicted pursuant to a jury verdict in 2006), not a new trial. Appellant also implies that the order is appealable as a final judgment and refers to NRAP 3A(b)(1). That rule governs appeals in civil actions and therefore does not apply to this case. Appellant has not identified a statute or court rule that provides for an appeal from an order denying a motion to dismiss. We therefore lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Connie J. Steinheimer, District Judge
       Karla K. Butko
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk
       Michael B. Wadsworth